# IN THE COURT OF APPEALS OF THE STATE OF IDAHO

## Docket No. 45822

STATE OF IDAHO,

      Plaintiff-Respondent,

v.

BRYAN JOHN CURTTRIGHT,

      Defendant-Appellant.

)
)
)
)
)
)
)
)
)
)
)
)

Filed:  December 28, 2018

Karel A. Lehrman, Clerk

THIS IS AN UNPUBLISHED
OPINION AND SHALL NOT
BE CITED AS AUTHORITY

Appeal from the District Court of the Sixth Judicial District, State of Idaho, Bannock County.  Hon. Robert C. Naftz, District Judge.

Judgment of conviction and unified sentence of eight years, with a minimum period of confinement of four years, for attempted strangulation, <u>affirmed</u>.

Eric D. Fredericksen, State Appellate Public Defender; Justin M. Curtis, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

_____

Before GUTIERREZ, Judge; HUSKEY, Judge;
and LORELLO, Judge

_____

PER CURIAM

      Bryan John Curttright pled guilty to attempted strangulation.  I.C. § 18-923(1).  In exchange for his guilty plea, an additional charge was dismissed.  The district court sentenced Curttright to a unified term of eight years, with a minimum period of confinement of four years.  However, the district court retained jurisdiction and sent Curttright to participate in the rider program.  Curttright appeals, arguing that his sentence is excessive.

      Sentencing is a matter for the trial court's discretion.  Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and

1

need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Curttright's judgment of conviction and sentence are affirmed.